**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Brian** | **Lee** | **Simmons** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Missy** | **Lee** | **Mathews-Simmons** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number
(if known)

☐ Check if this is an amended filing

# B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders       12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

**1** 3rd & Central Properties, LLC
3204 Ten Broeck Way
Louisville, KY 40241

What is the nature of the claim?     $ $447,352.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
Value of security:     - $ _____
Unsecured claim     $ _____

Contact

Contact phone

**2** American Express
P.O. Box 297879
Fort Lauderdale, FL 33329

What is the nature of the claim?     $ $1,244.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
Value of security:     - $ _____

Contact

Debtor 1 **Brian Lee Simmons**
Debtor 2 **Missy Lee Mathews-Simmons**                                Case number *(if known)*

Contact phone                                              Unsecured claim              $

---

**3**

**Chase**
**P.O. Box 7013**
**Indianapolis, IN 46207**

What is the nature of the claim?                                                   $ **$11,895.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)     $
         Value of security:                   - $
Contact                                        Unsecured claim                 $

Contact phone

---

**4**

**Chase Card Services**
**PO Box 15298**
**Wilmington, DE 19850**

What is the nature of the claim?                                                   $ **$751.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)     $
         Value of security:                   - $
Contact                                        Unsecured claim                 $

Contact phone

---

**5**

**Chase Card Services**
**Correspondence Dept**
**Po Box 15298**
**Wilmington, DE 19850**

What is the nature of the claim?        **Credit Card**                       $ **$5,536.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)     $
         Value of security:                   - $
Contact                                        Unsecured claim                 $

Contact phone

---

**6**

**Edmonton State Bank**

What is the nature of the claim?   **Personal Guaranty of**   $ **$56,222.00**
                                   **Hillview Eateries, Inc.**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Brian Lee Simmons**
Debtor 2   **Missy Lee Mathews-Simmons**          Case number *(if known)* _____

☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:                        - $ _____
     Unsecured claim                           $ _____

Contact _____
Contact phone _____

---

**7**  **Edmonton State Bank**

What is the nature of the claim?   **Personal Guaranty Clarksville Eateries**   $ **$48,438.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:                        - $ _____
     Unsecured claim                           $ _____

Contact _____
Contact phone _____

---

**8**  **Edmonton State Bank**

What is the nature of the claim?   **Personal Guaranty Simpson Co. Commercial Realty**   $ **$1,647,702.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:                        - $ _____
     Unsecured claim                           $ _____

Contact _____
Contact phone _____

---

**9**  **Edmonton State Bank**

What is the nature of the claim?   **Personal Guaranty for Simmons Properties**   $ **$1,210,222.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:                        - $ _____

Contact _____

Debtor 1 **Brian Lee Simmons**
Debtor 2 **Missy Lee Mathews-Simmons**            Case number *(if known)*

Contact phone                                         Unsecured claim            $ _____

---

**10  Edmonton State Bank**
P.O. Box 57
Edmonton, KY 42129

What is the nature of the claim?                                    $ $68,613.25

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:                       - $ _____
     Unsecured claim                          $ _____

Contact _____
Contact phone _____

---

**11  Hankcock Bank & Trust Company**
2501 Crossings Blvd.
Bowling Green, KY 42104

What is the nature of the claim?     Personal Guaranty Etown Properties 2, LLC     $ $788,135.00

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:                       - $ _____
     Unsecured claim                          $ _____

Contact _____
Contact phone _____

---

**12  SYNCB/Lowes**
P.O. Box 965005
Orlando, FL 32896

What is the nature of the claim?                                    $ $2,015.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:                       - $ _____
     Unsecured claim                          $ _____

Contact _____
Contact phone _____

---

**13  SYNCB/Sam's Club**
PO Box 965005
Orlando, FL 32896

What is the nature of the claim?                                    $ $2,539.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1 **Brian Lee Simmons**
Debtor 2 **Missy Lee Mathews-Simmons**              Case number *(if known)* _____

■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:                    - $ _____
Contact                                        Unsecured claim    $ _____
Contact phone

---

**14**
**Synchrony Bank/Sams Club**
**Attn: Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

What is the nature of the claim?    **Credit Card**    $ **$1,783.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:                    - $ _____
Contact                                        Unsecured claim    $ _____
Contact phone

---

**15**
**TimePayment Corp.**
**1600 District Ave.**
**Burlington, MA 01803**

What is the nature of the claim?    **Refridgerator for Overtime BG**    $ **$558.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:                    - $ _____
Contact                                        Unsecured claim    $ _____
Contact phone

---

**16**
**US Bank**
**P.O. Box 5227**
**Cincinnati, OH 45201**

What is the nature of the claim?    _____    $ **$3,941.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
       Value of security:                    - $ _____
Contact                                        Unsecured claim    $ _____
Contact phone

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Brian Lee Simmons**
Debtor 2  **Missy Lee Mathews-Simmons** _____  Case number *(if known)* _____

| 17 | US Bank<br>P.O. Box 5227<br>Cincinnati, OH 45201 | What is the nature of the claim? | $ $20,883.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact _____
Contact phone _____

| 18 | US Bank<br>P.O. Box 5227<br>Cincinnati, OH 45201 | What is the nature of the claim? | $ $11,027.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact _____
Contact phone _____

| 19 | US Bank/RMS CC<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201 | What is the nature of the claim?   Credit Card | $ $10,766.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact _____
Contact phone _____

| 20 | US Bank/RMS CC<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201 | What is the nature of the claim?   Credit Card | $ $506.00 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

| Debtor 1 | **Brian Lee Simmons** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Missy Lee Mathews-Simmons** | | | |

| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ |
|---|---|---|---|
| | | Value of security: | - $ |
| Contact phone | | Unsecured claim | $ |

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  **/s/ Brian Lee Simmons**
**Brian Lee Simmons**
Signature of Debtor 1

X  **/s/ Missy Lee Mathews-Simmons**
**Missy Lee Mathews-Simmons**
Signature of Debtor 2

Date  **June 25, 2018**

Date  **June 25, 2018**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy