| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Brian Lee Simmons** | Social Security number or ITIN    xxx–xx–3329 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Missy Lee Matthews–Simmons** | Social Security number or ITIN    xxx–xx–4893 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Western District of Kentucky | | Date case filed for chapter  11   6/25/18 |
| Case number:    18–10614–jal | | |

Official Form 309E (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case                                                                    12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian Lee Simmons | Missy Lee Matthews–Simmons |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1223 Lakemere Ave.<br>Bowling Green, KY 42103 | 1223 Lakemere Ave.<br>Bowling Green, KY 42103 |
| 4. | **Debtor's attorney**<br>Name and address | Robert C. Chaudoin<br>519 E. 10th Street<br>P.O. Box 390<br>Bowling Green, KY 42102–0390 | Contact phone  (270) 842–5611<br><br>Email  chaudoin@harlinparker.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 U.S. Courthouse<br>601 W. Broadway<br>Louisville, KY 40202 | Hours open:<br>8:30 a.m. to 4:30 p.m. Eastern Time Zone<br><br>Contact phone  502–627–5700<br><br>Date: 6/26/18 |

**For more information, see page 2 >**

| 6. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 10, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**William Natcher Federal Courthouse, 241 East Main Street, Third Floor, Bowling Green, KY 42101** |
|---|---|---|---|
| 7. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints:** |
|   |   | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
|   |   | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

```
                             United States Bankruptcy Court
                             Western District of Kentucky

In re:                                                                Case No. 18-10614-jal
Brian Lee Simmons                                                     Chapter 11
Missy Lee Matthews-Simmons
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0644-1          User: msmithson             Page 1 of 2            Date Rcvd: Jun 26, 2018
                              Form ID: 309E               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db/jdb         +Brian Lee Simmons,    Missy Lee Matthews-Simmons,    1223 Lakemere Ave.,
                 Bowling Green, KY 42103-6013
6329223        +3rd & Central Properties, LLC,    3204 Ten Broeck Way,    Louisville, KY 40241-2489
6329228        +Christopher Grosch,    c/o Kevin Goff,   PO Box 1737,    Bowling Green, KY 42102-1737
6329230        +Hankcock Bank & Trust Company,    2501 Crossings Blvd.,    Bowling Green, KY 42104-5459
6329231        +Jeannie Snodgrass,    Jeff Zeman,   419 4 Witt Rd .,    Franklin, KY 42134-6940
6329232        +John Deere Financial,    PO Box 650215,   Dallas, TX 75265-0215
6329233        +John H. Dwyer,   Zielke Law Firm,    462 South Fourth St .,    Suite 1250,
                 Louisville, KY 40202-3465
6329234         Matt Zeman,   Nl4 02 Chrisler Rd.,    Lodi, WI 53555
6329235        +Old National Bank,    Preston Simmons,   552 Drakesborough Dr.,    Bowling Green, KY 42103-9767
6329236        +Preston Simmons,    552 Drakesborough Drive,   Bowling Green, KY 42103-9767
6329239        +Richard McGahan,    18 6 Windmere Ct .,   Bowling Green, KY 42103-8719
6329240        +Sharon Poston,    165 Lazy Acres Lane,   Roundhill, KY 42275-8082
6329241        +Sheila Simmons,    552 Drakesborough Drive,   Bowling Green, KY 42103-9767
6329242        +Steve Snodgrass,    1006 South Park Drive,   Bowling Green, KY 42103-4400
6329246        +Tim Poston,    165 Lazy Acres Ln.,   Roundhill, KY 42275-8082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: chaudoin@harlinparker.com Jun 26 2018 19:27:00      Robert C. Chaudoin,
                 519 E. 10th Street,    P.O. Box 390,   Bowling Green, KY  42102-0390
smg             EDI: IRS.COM Jun 26 2018 23:28:00      IRS,   PO Box 7346,   Philadelphia, PA  19101-7346
ust            +E-mail/Text: ustpregion08.lo.ecf@usdoj.gov Jun 26 2018 19:27:34      Charles R. Merrill,
                 Asst. U.S.Trustee,    601 West Broadway #512,   Louisville, KY  40202-2229
6329224        +EDI: AMEREXPR.COM Jun 26 2018 23:28:00      American Express,   P.O . Box 297879,
                 Fort Lauderdale, FL 33329-7879
6329225        +E-mail/Text: cst.bankruptcy@chase.com Jun 26 2018 19:28:46      Chase,   P.O. Box 7013,
                 Indianapolis, IN 46207-7013
6329227        +EDI: CHASE.COM Jun 26 2018 23:28:00      Chase Card Services,   Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
6329226        +EDI: CHASE.COM Jun 26 2018 23:28:00      Chase Card Services,   PO Box 15298,
                 Wilmington, DE 19850-5298
6329229        +E-mail/Text: thigh@edmontonstatebank.com Jun 26 2018 19:27:06      Edmonton State Bank,
                 P .O. Box 57,   Edmonton, KY 42129-0057
6329243        +EDI: RMSC.COM Jun 26 2018 23:28:00      SYNCB/Lowes,   P. 0. Box 965005,
                 Orlando, FL 32896-0001
6329244        +EDI: RMSC.COM Jun 26 2018 23:28:00      SYNCB/Sam's Club,    PO Box 965005,
                 Orlando, FL 32896-5005
6329245        +EDI: RMSC.COM Jun 26 2018 23:28:00      Synchrony Bank/Sams Club,   Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
6329247        +E-mail/Text: marisa.sheppard@timepayment.com Jun 26 2018 19:27:56      TimePayment Corp.,
                 1600 District Ave.,    Burlington, MA 01803-5233
6329249         EDI: USBANKARS.COM Jun 26 2018 23:28:00      US Bank/RMS CC,   Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201
6329248         EDI: USBANKARS.COM Jun 26 2018 23:28:00      us Bank,   P.O. Box 5227,   Cincinnati, OH 45201
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
6329237*       +Preston Simmons,    552 Drakesborough Dr.,   Bowling Green, KY 42103-9767
6329238*       +Preston Simmons,    552 Drakesborough Drive,   Bowling Green, KY 42103-9767
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0644-1          User: msmithson         Page 2 of 2          Date Rcvd: Jun 26, 2018
                              Form ID: 309E           Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              Charles R. Merrill     ustpregion08.lo.ecf@usdoj.gov
              Robert C. Chaudoin    on behalf of Debtor Brian Lee Simmons chaudoin@harlinparker.com,
               rachel@harlinparker.com
              Robert C. Chaudoin    on behalf of Joint Debtor Missy Lee Matthews-Simmons
               chaudoin@harlinparker.com,   rachel@harlinparker.com
                                                                             TOTAL: 3
```