**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case Number 18-10614 – jal |
| | ) | |
| BRIAN LEE SIMMONS and | ) | |
| MISSY LEE MATHERS SIMMONS | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtors | ) | |

**UNITED STATES TRUSTEES' OBJECTION**
**TO CERTAIN CLAIMED EXEMPTIONS**

Paul A. Randolph, the Acting United States Trustee ("UST″) for Region 8, by his Attorney Timothy E. Ruppel, and for his Objection to certain of Debtors claimed Exemptions states as follows:

1. On June 25, 2018, Brian Lee Simmons and Missy Lee Matthews-Simmons ("Debtors") filed their voluntary petition under Chapter 11 of the United States Bankruptcy Code ("Debtors Bankruptcy Case").

2. On July 9, 2018 Debtor filed their remaining bankruptcy documents, schedules and statements (DOC 16) were the Debtors scheduled the value of their interest in Simmons Properties LLC and Hillview Eateries Inc. as "unknown" and then claimed an exemption for each under 11 U.S.C. 522(d)(5) valuing the claimed exemptions for "Simmons Properties LLC as "unknown" and for Hillview Eateries Inc. as "100% of fair market value up to an any applicable statutory limit."

3. Simmons Properties LLC should be valued and/or amended to be limited to 100% of

the statutory limit of 11 U.S.C. 522(d)(5). To the extent both Simmons Properties LLC and Hillview Eateries Inc. are both claimed in 11 U.S.C. 522(d)(5) it is difficult to determine when the exemption amount has been reached.

**WHEREFORE,** the Acting United States Trustee, Paul A. Randolph, by and through his attorney, prays the Debtor's exemptions, as objected to, be denied as claimed and that the Debtor be allowed to Amend their Schedule C to determine a value and for further relief that this Court deems just and equitable.

    Respectfully submitted,

    Paul A. Randolph Acting
    United States Trustee

    */s/   Timothy E. Ruppel*

    Timothy E. Ruppel
    Attorney for U.S. Trustee

<u>In Re Simmons</u>
18-10614 –jal

## **CERTIFICATE OF SERVICE**

The Undersigned certifies that a copy of the foregoing will served electronically upon the following:

Scott A. Bachert    sbachert@kerricklaw.com, mwyatt@kerricklaw.com;mcarpenter@kerricklaw.com
•Robert C. Chaudoin    chaudoin@harlinparker.com, rachel@harlinparker.com
•John H. Dwyer    jdwyer@zielkefirm.com, belindab@zielkefirm.com
•Larry F. Hinton    tiffany@rjhp-law.com, katie@rjhp-law.com
•Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
•Tim Ruppel    ustpregion08.lo.ecf@usdoj.gov, tim.ruppel@usdoj.gov

and a paper copy was also served upon the following and the following addresses, by U.S.Mail, postage fully prepaid all on September 7, 2018:

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

*/s/ Timothy E. Ruppel*

Timothy E. Ruppel

3