# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Number 18-10614 – jal |
| | ) | |
| BRIAN LEE SIMMONS and | ) | |
| MISSY LEE MATHERS SIMMONS | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtors | ) | |

## ORDER ON
## UNITED STATES TRUSTEES OBJECTION TO EXEMPTIONS

This matter came before the Court upon the United States Trustees Objection to Exemptions. Due and appropriate notice having been given; it appearing to the Court that the requested relief as sought by the Debtor should be denied.

IT IS HEREBY ORDERED the Debtor's Claimed Exemptions be denied and that the Debtors are given leave to file amended exemptions herein.

PROPOSED ORDER SUBMITTED BY

TIMOTHY E. RUPPEL
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6000 (230)